Certificate Number: 05781-TNE-DE-041636893

Bankruptcy Case Number: 26-12108

05781-TNE-DE-041636893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 3, 2026, at 6:08 o'clock PM PST, Jeffery Garner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: November 3, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President