Certificate Number: 05781-TNE-DE-041642644

Bankruptcy Case Number: 26-12101

05781-TNE-DE-041642644

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2026, at 8:02 o'clock AM PST, Susan Millis Priddy completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date: November 5, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President